No. 95–8047. BARRAZA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 95–8049. WINDLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8054. LAWHORN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8055. KWONG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8056. MARTINEZ-MARTINEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8066. HORTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8095. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8097. DeLEON-RODRIGUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8098. FOX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8105. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–817. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. ROBINSON. C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 95–1008. HEWLETT-PACKARD CO. v. DATAGATE, INC. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–864. MARESCA v. COMMISSIONER OF PATENTS AND TRADEMARKS, 516 U. S. 1075;
No. 95–935. RAM v. DE GALAN ET AL., 516 U. S. 1116;
No. 95–6791. HALL v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL., 516 U. S. 1080;

No. 95–6885. ECHOLS *v.* THOMAS, WARDEN, 516 U. S. 1096;

No. 95–6948. CHAVEZ *v.* UNITED STATES, 516 U. S. 1065;

No. 95–6979. ROSELIN *v.* BOARD OF PATENT APPEALS AND INTERFERENCES, 516 U. S. 1097; and

No. 95–7492. SPAGNOULO *v.* UNITED STATES, 516 U. S. 1138. Petitions for rehearing denied.

APRIL 1, 1996

No. 94–2130. FIRST ADVANTAGE INSURANCE, INC., ET AL. *v.* GREEN, LOUISIANA COMMISSIONER OF INSURANCE, ET AL. Ct. App. La., 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Barnett Bank of Marion County, N. A.* v. *Nelson, ante,* p. 25.

No. 94–7980. WINGO *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted; judgment vacated, and case remanded for further consideration in light of *Rutledge* v. *United States, ante,* p. 292; and *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 94–7981. WINGO *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 95–296. MCLEOD *v.* OREGON LITHOPRINT, INC., DBA NEWS-REGISTER PUBLISHING CO., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Varity Corp.* v. *Howe,* 516 U. S. 489 (1996). JUSTICE SCALIA would deny certiorari.

No. 95–7315. AIKENS *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).